## No. 14,051.

RAY *v.* THE PEOPLE.
(62 P. [2d] 1168)

Decided November 23, 1936.

388

Mr. J. EMERY CHILTON, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. WALTER F. SCHERER, Assistant, for the people.

*In Department.*

MR. JUSTICE BURKE, sitting for MR. CHIEF JUSTICE CAMPBELL, delivered the opinion of the court.

■ PLAINTIFF in error, hereinafter referred to as defendant, was convicted on two counts of selling whiskey without a license and sentenced on each to thirty days in jail, sentences to run concurrently, and fined on each $250. To review that judgment he prosecutes this writ and asks that it be made a supersedeas. He assigns six errors. Of these the second is not again mentioned; the fourth is for the court's refusal to grant a new trial; the fifth that the verdict was contrary to the law and the evidence; the sixth that the court erred in entering judgment. As we have repeatedly held the last three are no assignments. *Buchanan v. Burgess,* 99 Colo. 307, 62 P. (2d) 465.

■ 1. The first assignment is for denying a motion for a change of venue based upon the alleged prejudice of the people of the county due to the fact that defendant had formerly been convicted there of a similar offense and had been engaged in an unpopular municipal incor-

poration activity. Such motions are addressed to the sound discretion of the court and we discern here no abuse. *Andrews v. People,* 33 Colo. 193, 79 Pac. 1031; *Daugherty v. People,* 78 Colo. 43, 239 Pac. 14.

█ 2. The third assignment is that the judgment is unsupported by the evidence. This is a clear case of a verdict returned on conflicting testimony; the three persons who claimed to have made the purchases on the one side and defendant and his wife on the other. Under the well-settled rule we cannot disturb such a verdict.

The judgment is accordingly affirmed.

MR. JUSTICE BUTLER and MR. JUSTICE YOUNG concur.